1  MARTIN L. FINEMAN (CA State Bar No. 104413)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California  94111
3  Telephone:     (415) 276-6500
   Facsimile:      (415) 276-6599
4  E-Mail:         martinfineman@dwt.com

5  RONALD J. SCHUTZ, Member of the N.D. California Bar
   JAKE M. HOLDREITH, Admitted Pro Hac Vice
6  CYRUS A. MORTON, Admitted Pro Hac Vice
   TREVOR J. FOSTER, Admitted Pro Hac Vice
7  SETH A. NORTHROP, Admitted Pro Hac Vice
   ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
8  2800 LaSalle Plaza
   800 LaSalle Avenue
9  Minneapolis, MN 55402
   Telephone:  (612) 349-8500
10 Facsimile:  (612) 339-4181
   E-Mail:  camorton@rkmc.com

11

12 Attorneys for Defendants
   Ablaise Ltd. and General Inventions Institute A, Inc.

13
                 IN THE UNITED STATES DISTRICT COURT
14
                 THE NORTHERN DISTRICT OF CALIFORNIA
15
                         OAKLAND DIVISION
16

17 YODLEE, INC.,                        )  **Case No. 06 7222 SBA**
                                        )
18            Plaintiff,                )  **STIPULATION TO STAY CASE**
                                        )  **PENDING CLAIMS CONSTRUCTION**
19      v.                              )  **HEARING IN DOW JONES CASES AND**
                                        )  **[PROPOSED] ORDER GRANTING STAY**
20 ABLAISE LTD. and GENERAL INVENTIONS )  **AND CONTINUING CASE**
   INSTITUTE A, INC.,                   )  **MANAGEMENT CONFERENCES**
21                                      )
              Defendants.               )
22 _____ )
   FINANCIAL FUSION, INC.,              )  **RELATED CASE**
23                                      )
              Plaintiff,                )  **Case No. C 06-02451-SBA**
24                                      )
        v.                              )
25                                      )
   ABLAISE LTD. and GENERAL INVENTIONS )
26 INSTITUTE A, INC.,                   )
              Defendants.               )
27                                      )
   _____ )
28

                                    1

DAVIS WRIGHT TREMAINE LLP

| | |
|---|---|
| ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA CORPORATION,<br><br>        Defendant. | **RELATED CASE**<br><br>**Case No. C 07-01995 SBA** |

Plaintiff Yodlee, Inc. ("Yodlee"), Plaintiff Financial Fusion, Inc. ("Financial Fusion"), Defendant Bank of America Corporation ("Bank of America"), and Defendants Ablaise Ltd and General Inventions Institute A, Inc. (collectively, "Ablaise") hereby stipulate as follows:

1.        Cases entitled <u>Dow Jones & Co v. Ablaise Ltd. and General Inventions Institute A, Inc.</u>, Civil Action No. 1: 06 CV 01014 and <u>Dow Jones Reuters Business Interactive, LLC v. Ablaise Ltd. and General Inventions Institute A, Inc.</u>, Civil Action No. 1: 06 CV 01015 (collectively, the <u>Dow Jones</u> cases") are currently pending in the United States District Court for the District of Columbia.  Those cases involve claims for declaratory judgment and of infringement of the same patents at issue in the above-entitled cases, namely U.S. Patent Nos. 6,295, 530 (the '530 patent) and 6,961,737 (the '737 patent).

2.        The claims construction hearing is scheduled to take place in the <u>Dow Jones</u> cases on June 6, 2007.

3.        Because a decision by the Court in the <u>Dow Jones</u> cases will not be binding on this Court, and because the facts and evidence adduced by the parties here may be different from that in the <u>Dow Jones</u> cases, the parties will not be precluded from re-visiting any of the claim construction issues in the <u>Dow Jones</u> cases or arguing that the Court in the <u>Dow Jones</u> cases erred in its decision.  Bank of America's,  Financial Fusion's and Yodlee's agreement to stay proceedings in this case shall not operate or be urged as any acquiescence in or agreement to be bound by the claim construction rulings in the <u>Dow Jones</u> cases.

4.        Therefore, Yodlee, Financial Fusion, Ablaise and Bank of America hereby stipulate, and jointly respectfully move the Court to order, that this case be stayed until the

2

*DAVIS WRIGHT TREMAINE LLP*

1  District of Columbia Court issues its claims construction ruling in the <u>Dow Jones</u> cases.

2  Counsel for Ablaise shall promptly inform this Court and counsel for Yodlee, Financial Fusion

3  and Bank of America upon receipt of the claims construction order in the <u>Dow Jones</u> cases.

4  Yodlee, Financial Fusion and Ablaise respectfully move the Court to postpone the Case

5  Management Conferences in <u>Yodlee v. Ablaise</u> and <u>Financial Fusion v. Ablaise</u>, currently

6  scheduled for May 23, 2007 to a date after the receipt of the claims construction order in the

7  <u>Dow Jones</u> cases.

8

9  Dated:  May 15, 2007.                    FISH & RICHARDSON PC

10

11                                          By:  /s/ David M. Barkan
                                                 David M. Barkan

12                                          Attorneys for Plaintiff Yodlee, Inc.

13  Dated: May 15, 2007.                    DAVIS WRIGHT TREMAINE LLP
                                            ROBINS, KAPLAN, MILLER CIRESI LLP

14

15                                          By:  /s/ Cyrus A. Morton

16                                               Cyrus A. Morton

17  Dated:  May 15, 2007.                   FINNEGAN HENDERSON FARABOW
                                            GARRETT & DUNNER, LLP

18

19                                          By:  /s/ Linda J. Thayer
                                                 Linda J. Thayer

20                                          Attorneys for Plaintiff
                                            Financial Fusion, Inc.

21

22  Dated:  May 15, 2007                    FISH & RICHARDSON P.C.

23

24                                          By:  /s/ David M. Barkan
                                                 David M. Barkan

25                                          Attorneys for Defendant
                                            Bank of America Corporation

26

27                                  **[PROPOSED] ORDER**

28      The parties having so stipulated, and good cause appearing therefor, IT IS HEREBY

DAVIS WRIGHT TREMAINE LLP

ORDERED THAT <u>Yodlee v. Ablaise;</u> <u>Financial Fusion v. Ablaise</u>; and <u>Ablaise v. Bank of</u>

<u>America</u> are stayed until the Court in <u>Dow Jones & Co. v. Ablaise, Ltd. and General Inventions</u>

<u>Institute A, Inc.</u>, Civil Action No. 1: 06 CV 01014 and <u>Dow Jones Reuters Business Interactive,</u>

<u>LLC v. Ablaise Ltd. and General Inventions Institute A, Inc.</u>, Civil Action No. 1: 06 CV 01015

issues its claims construction order.  Counsel for Ablaise shall promptly inform this Court and

counsel for Yodlee, Financial Fusion and Bank of America upon receipt of the claims

construction order in the <u>Dow Jones</u> cases.  The Case Management Conferences in <u>Yodlee v.</u>

<u>Ablaise</u> and <u>Financial Fusion v. Ablaise</u>, currently scheduled for May 23, 2007, are continued to

a date after receipt of the claims construction order in the <u>Dow Jones</u> ~~

     IT IS SO ORDERED.

     Dated:  _5/16/07



_____

trong

DENIED

Judge Saundra B. Armstrong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVIS WRIGHT TREMAINE LLP