MARTIN L. FINEMAN, California State Bar No. 104413
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Phone: (415) 276-6500
Fax: (415) 276-6599
E-mail: martinfineman@dwt.com

RONALD J. SCHUTZ, Member of the N.D. California Bar
JAKE M. HOLDREITH, Admitted Pro Hac Vice
CYRUS A. MORTON, Admitted Pro Hac Vice
TREVOR J. FOSTER, Admitted Pro Hac Vice
SETH A. NORTHROP, Admitted Pro Hac Vice
PATRICK M. ARENZ, Pro Hac Vice Application Pending
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500
Fax: (612) 339-4181
E-Mail: camorton@rkmc.com

Attorneys for Plaintiffs
ABLAISE LTD. and GENERAL
INVENTIONS INSTITUTE A, INC.

CHAMBERS COPY
HON. SAUNDRA BROWN ARMSTRONG
RELATED CASES
06-2451 SBA - FINANCIAL FUSION v. ABLAISE
06-7222-SBA YODLEE v. ABLAISE
07-1995-SBA – ABLAISE v. BANK OF AMERICA

FILED
OCT 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YODLEE, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.,<br><br>   Defendants. | Case No. 06 7222 SBA<br><br>[PROPOSED] ORDER GRANTING PRO HAC VICE APPLICATION FOR PATRICK M. ARENZ |

| | |
|---|---|
| FINANCIAL FUSION, INC., | **RELATED CASE** |
| Plaintiff, | Case No. C 06-02451-SBA |
| v. | |
| ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC., | |
| Defendants. | |
| ABLAISE, LTD. and GENERAL INVENTIONS INSTITUTE A, INC.., | **RELATED CASE** |
| Plaintiffs, | 07-01995 |
| v. | |
| BANK OF AMERICA CORPORATION, Defendants. | |

PATRICK M. ARENZ, an active member in good standing of the bar of Minnesota, whose business address and telephone number are Robins, Kaplan, Miller & Ciresi, L.L.P., 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402, Telephone 612/349-8500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendants Ablaise, Ltd and General Inventions Institute A, Inc.,

IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

IT IS SO ORDERED.

Dated: October 16, 2007.

The Honorable Saundra Brown Armstrong
United States District Judge